**Monthly Operating Report**
CASH BASIS

| CASE NAME: | Cross Border Resources, Inc. |
|---|---|
| CASE NUMBER: | 16–30990 |
| JUDGE: | |

# UNITED STATES BANKRUPTCY COURT

## NORTHERN & EASTERN DISTRICTS OF TEXAS

### REGION 6

### MONTHLY OPERATING REPORT

**MONTH ENDING:** <u>August</u>  <u>2018</u>
MONTH    YEAR

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING MONTHLY OPERATING REPORT (CASH BASIS-1 THROUGH CASH BASIS-6) AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT, AND COMPLETE. DECLARATION OF THE PREPARER (OTHER THAN RESPONSIBLE PARTY) IS BASED ON ALL INFORMATION OF WHICH PREPARER HAS ANY KNOWLEDGE.

**RESPONSIBLE PARTY:**

_____    Chairman
ORIGINAL SIGNATURE OF RESPONSIBLE PARTY    TITLE

Alan W Barksdale    9/27/18
PRINTED NAME OF RESPONSIBLE PARTY    DATE


**PREPARER:**

_____    Chairman
ORIGINAL SIGNATURE OF PREPARER    TITLE

Alan W Barksdale    9-27-18
PRINTED NAME OF PREPARER    DATE

## Monthly Operating Report
### CASH BASIS-1

**CASE NAME:** Cross Border Resources, Inc.

**CASE NUMBER:** 16-30990

| CASH RECEIPTS AND DISBURSEMENTS | MONTH January | MONTH February | MONTH March | MONTH April | MONTH May | MONTH June | MONTH July | MONTH August |
|---|---|---|---|---|---|---|---|---|
| 1. CASH - BEGINNING OF MONTH | $ 648,141.30 | $ 647,346.45 | $ 637,075.14 | $ 654,087.76 | $ 662,608.13 | $ 662,254.97 | $ 665,213.02 | $ 655,247.43 |
| **RECEIPTS** | | | | | | | | |
| 2. CASH SALES | | | | | | | | |
| 3. ACCOUNTS RECEIVABLE COLLECTIONS | $ 34,551.30 | $ 11,648.87 | $ 19,018.48 | $ 14,729.01 | $ 11,424.55 | $ 9,398.10 | $ 36,637.42 | $ 12,746.23 |
| 4. LOANS AND ADVANCES | | | | | | | | |
| 5. SALE OF ASSETS | | | | | | | | |
| 6. LEASE & RENTAL INCOME | | | | | | | | |
| 7. WAGES | | | | | | | | |
| 8. OTHER (ATTACH LIST) | $ 11,847.65 | $ 7,644.52 | $ 18,695.00 | $ 4,043.11 | $ 42,201.92 | $ 30,355.64 | $ 40,268.51 | $ 19,379.96 |
| 9. TOTAL RECEIPTS | $ 46,398.95 | $ 19,293.39 | $ 37,713.48 | $ 18,772.12 | $ 53,626.47 | $ 39,753.74 | $ 76,905.93 | $ 32,126.19 |
| **DISBURSEMENTS** | | | | | | | | |
| 10. NET PAYROLL | | | | | | | | |
| 11. PAYROLL TAXES PAID | | | | | | | | |
| 12. SALES,USE & OTHER TAXES PAID | | | | | | | | |
| 13. INVENTORY PURCHASES | | | | | | | | |
| 14. MORTAGE PAYMENTS | | | | | | | | |
| 15. OTHER SECURED NOTE PAYMENTS | | | | | | | | |
| 16. RENTAL & LEASE PAYMENTS | | | | | | | | |
| 17. UTILITIES | | | | | | | | |
| 18. INSURANCE | | | | | | | | |
| 19. VEHICLE EXPENSES | | | | | | | | |
| 20. TRAVEL | | | | | | | | |
| 21. ENTERTAINMENT | | | | | | | | |
| 22. REPAIRS & MAINTENANCE | | | | | | | | |
| 23. SUPPLIES | | | | | | | | |
| 24. ADVERTISING | | | | | | | | |
| 25. HOUSEHOLD EXPENSES | | | | | | | | |
| 26. CHARITABLE CONTRIBUTIONS | | | | | | | | |
| 27. GIFTS | | | | | | | | |
| 28. OTHER (ATTACH LIST) | $ 47,193.80 | $ 29,564.70 | $ 20,700.86 | $ 10,251.75 | $ 53,979.63 | $ 36,795.69 | $ 86,871.52 | $ 42,946.09 |
| 29. TOTAL ORDINARY DISBURSEMENTS | $ 47,193.80 | $ 29,564.70 | $ 20,700.86 | $ 10,251.75 | $ 53,979.63 | $ 36,795.69 | $ 86,871.52 | $ 42,946.09 |
| **REORGANIZATION EXPENSES** | | | | | | | | |
| 30. PROFESSIONAL FEES | | | | | | | | |
| 31. U.S. TRUSTEE FEES | | | | | | | | |
| 32. OTHER (ATTACH LIST) | | | | | | | | |
| 33. TOTAL REORGANIZATION EXPENSES | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| 34. TOTAL DISBURSEMENTS | $ 47,193.80 | $ 29,564.70 | $ 20,700.86 | $ 10,251.75 | $ 53,979.63 | $ 36,795.69 | $ 86,871.52 | $ 42,946.09 |
| 35. NET CASH FLOW | $ (794.85) | $ (10,271.31) | $ 17,012.62 | $ 8,520.37 | $ (353.16) | $ 2,958.05 | $ (9,965.59) | $ (10,819.90) |
| 36. CASH - END OF MONTH | $ 647,346.45 | $ 637,075.14 | $ 654,087.76 | $ 662,608.13 | $ 662,254.97 | $ 665,213.02 | $ 655,247.43 | $ 644,427.53 |

| CASE NAME: | Cross Border Resources, Inc |
|---|---|
| CASE NUMBER: | 16-30990 |

| 8. OTHER (ATTACH LIST) | $ 19,379.96 |
|---|---|

| Wells Fargo | Interest | $ | 102.41 |
|---|---|---|---|
| Wells Fargo | Interest | $ | 59.40 |
| Cross Border | Revenue | $ | 19,218.15 |

| EffDate | Reference | Account | SubAccount | Amount | Description | |
|---|---|---|---|---|---|---|
| 08/20/2018 | RIR00029 | 4000 | 1122 | -2,744.51 | HAHN FEDERAL #6 | 06/18 |
| 08/20/2018 | RIR00029 | 4000 | 1123 | -2,744.51 | HAHN FEDERAL #7 | 06/18 |
| 08/20/2018 | RIR00029 | 4000 | 1309 | -1,395.86 | SOUTHARD 26 #1 | 06/18 |
| 08/20/2018 | RIR00029 | 4000 | 1310 | -1,395.83 | SOUTHARD 26 #2 | 06/18 |
| 08/20/2018 | RIR00029 | 4000 | 1311 | -1,395.86 | SOUTHARD 26 #3 | 06/18 |
| 08/20/2018 | RIR00029 | 4000 | 1313 | -903.97 | SOUTHARD A #1 | 06/18 |
| 08/20/2018 | RIR00029 | 4000 | 1314 | -903.98 | SOUTHARD A #2 | 06/18 |
| 08/20/2018 | RIR00029 | 4000 | 1315 | -903.97 | SOUTHARD A #3 | 06/18 |
| 08/20/2018 | RIR00029 | 4000 | 1361 | -1,676.77 | WATTAM FEDERAL #1 | 06/18 |
| 08/20/2018 | RIR00029 | 4000 | 1363 | -1,572.24 | WATTAM FEDERAL #3 | 06/18 |
| 08/20/2018 | RIR00029 | 4000 | 1365 | -1,676.77 | WATTAM FEDERAL #7 | 06/18 |
| 08/20/2018 | RIR00029 | 4000 | 1366 | -1,676.77 | WATTAM FEDERAL #4 | 06/18 |
| 08/20/2018 | RIR00029 | 4010 | 1363 | -104.53 | WATTAM FEDERAL #3 | 06/18 |
| 08/20/2018 | RIR00029 | 4100 | 1164 | -53.99 | LUSK 33 FEDERAL #6 | 06/18 |
| 08/20/2018 | RIR00029 | 4111 | 1164 | -1.05 | LUSK 33 FEDERAL #6 | 06/18 |
| 08/20/2018 | RIR00029 | 4400 | 1208 | -759.00 | MILLER FEDERAL #6 SWD | 07/18 |
| 08/20/2018 | RIR00029 | 4400 | 1332 | -431.00 | TOM 36 STATE #1 (SWD) | 07/18 |
| | RIR00029 | 4400 | 1364 | | WATTAM FEDERAL #6 (SWD) | 07/18 |
| 08/20/2018 | | | | -544.00 | | |
| 08/20/2018 | RIR00029 | 5000 | 1122 | 214.10 | HAHN FEDERAL #6 | 06/18 |
| 08/20/2018 | RIR00029 | 5000 | 1123 | 214.10 | HAHN FEDERAL #7 | 06/18 |
| 08/20/2018 | RIR00029 | 5000 | 1309 | 108.87 | SOUTHARD 26 #1 | 06/18 |
| 08/20/2018 | RIR00029 | 5000 | 1310 | 108.83 | SOUTHARD 26 #2 | 06/18 |
| 08/20/2018 | RIR00029 | 5000 | 1311 | 108.87 | SOUTHARD 26 #3 | 06/18 |
| 08/20/2018 | RIR00029 | 5000 | 1313 | 70.50 | SOUTHARD A #1 | 06/18 |
| 08/20/2018 | RIR00029 | 5000 | 1314 | 70.53 | SOUTHARD A #2 | 06/18 |
| 08/20/2018 | RIR00029 | 5000 | 1315 | 70.50 | SOUTHARD A #3 | 06/18 |
| 08/20/2018 | RIR00029 | 5000 | 1361 | 135.51 | WATTAM FEDERAL #1 | 06/18 |
| 08/20/2018 | RIR00029 | 5000 | 1363 | 127.07 | WATTAM FEDERAL #3 | 06/18 |
| 08/20/2018 | RIR00029 | 5000 | 1365 | 135.52 | WATTAM FEDERAL #7 | 06/18 |
| 08/20/2018 | RIR00029 | 5000 | 1366 | 135.51 | WATTAM FEDERAL #4 | 06/18 |
| 08/20/2018 | RIR00029 | 5001 | 1363 | 8.45 | WATTAM FEDERAL #3 | 06/18 |
| 08/20/2018 | RIR00029 | 5010 | 1164 | 5.07 | LUSK 33 FEDERAL #6 | 06/18 |
| 08/20/2018 | RIR00029 | 5012 | 1164 | 0.10 | LUSK 33 FEDERAL #6 | 06/18 |
| 08/20/2018 | RIR00029 | 5110 | 1164 | 150.02 | LUSK 33 FEDERAL #6 | 06/18 |
| 08/20/2018 | RIR00029 | 5112 | 1164 | 2.91 | LUSK 33 FEDERAL #6 | 06/18 |

**Monthly Operating Report**
**CASH BASIS-1A**

**2018**

| CASE NAME: | Cross Border Resources, Inc. |
| CASE NUMBER: | 16–30990 |

**CASH DISBURSEMENTS DETAIL**  MONTH: August

| | CASH DISBURSEMENTS | | |
|---|---|---|---|
| | DATE | PAYEE | PURPOSE | AMOUNT |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | TOTAL CASH DISBURSEMENTS | | | $ - |

| BANK ACCOUNT DISBURSEMENTS | | | | |
|---|---|---|---|---|
| CK# | DATE | PAYEE | PURPOSE | AMOUNT |
| 1823 | 08/09/18 | Safety & Environmental Solutions | LOE - Testing | $ 1,805.13 |
| 1824 | 08/09/18 | Alan Barksdale | Expense Reimbursement | $ 1,137.32 |
| 1825 | 08/09/18 | Gandy Corp | LOE - Water | $ 2,713.20 |
| 1826 | 08/09/18 | Privett Electric | LOE - Contract Labor/Rous | $ 2,409.54 |
| 1827 | 08/09/18 | Roosevelt County Electric | LOE - Electricity | $ 2,708.88 |
| ACH | 08/10/18 | Xcel Energy | LOE - Electricity | $ 89.62 |
| 1828 | 08/20/18 | ABC Rental Tools | WO Rig | $ 3,477.11 |
| 1829 | 08/20/18 | Willis of Texas | GL Insurance | $ 26,576.00 |
| 1830 | 08/20/18 | Joseph Urban | Expense Reimbursement | $ 72.82 |
| 1831 | 08/29/18 | Alan Barksdale | Expense Reimbursement | $ 1,956.47 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | TOTAL BANK ACCOUNT DISBURSEMENTS | | | $ 42,946.09 |

| TOTAL DISBURSEMENTS FOR THE MONTH | $ 42,946.09 |

**Monthly Operating Report**
CASH BASIS-2

| CASE NAME: | Cross Border Resources, Inc. |
| CASE NUMBER: | 16-30990 |

**BANK RECONCILIATIONS**

| | Acct #1 | Acct #2 | Acct #3 | Acct #4 | |
|---|---|---|---|---|---|
| A. BANK: | | First State Bar | Bank of Texas | Held in Escrow | |
| B. ACCOUNT NUMBER: | various | 4515 | 1367 | | TOTAL |
| C. PURPOSE (TYPE): | RESTRICTED BONDS | General Accou | DIP Gen OP | | |
| 1. BALANCE PER BANK STATEMENT | $ 578,645.20 | $ - | $ 65,781.33 | | $ 644,426.53 |
| 2. ADD: TOTAL DEPOSITS NOT CREDITED | | | $ - | | $ - |
| 3. SUBTRACT: OUTSTANDING CHECKS | | $ - | $ - | | $ - |
| 4. OTHER RECONCILING ITEMS | $ 1.00 | | | $ - | $ 1.00 |
| 5. MONTH END BALANCE PER BOOKS | $ 578,646.20 | $ - | $ 65,781.33 | $ - | $ 644,427.53 |
| 6. NUMBER OF LAST CHECK WRITTEN | | 10013 | 1831 | | - |

**INVESTMENT ACCOUNTS**

| BANK, ACCOUNT NAME & NUMBER | DATE OF PURCHASE | TYPE OF INSTRUMENT | PURCHASE PRICE | | CURRENT VALUE |
|---|---|---|---|---|---|
| 7. | | | | | |
| 8. | | | | | |
| 9. | | | | | |
| 10. | | | | | |
| 11. TOTAL INVESTMENTS | | | $ - | | $ - |

**CASH**

| | | | | | |
|---|---|---|---|---|---|
| 12. CURRENCY ON HAND | | | | | $ - |

| **13. TOTAL CASH - END OF MONTH** | | | | | $ 644,427.53 |

**Monthly Operating Report**
CASH BASIS-3

| CASE NAME: | Cross Border Resources, Inc |
|---|---|
| CASE NUMBER: | 16-30990 |

ASSETS OF THE ESTATE

| SCHEDULE "A" REAL PROPERTY | SCHEDULE AMOUNT | MONTH January | MONTH February | MONTH March | MONTH April | MONTH May | MONTH June | MONTH July | MONTH August |
|---|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | | |
| 2. | | | | | | | | | |
| 3. | | | | | | | | | |
| 4. OTHER (ATTACH LIST) | | | | | | | | | |
| 5. TOTAL REAL PROPERTY ASSETS | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| SCHEDULE "B" PERSONAL PROPERTY | | | | | | | | | |
| 1. CASH ON HAND | | | | | | | | | |
| 2. CHECKING, SAVINGS, ETC | $633,948.20 | $ 647,346.45 | $ 637,075.14 | $ 654,087.76 | $ 662,608.13 | $ 662,254.97 | $ 665,213.02 | $ 655,247.43 | $ 644,427.53 |
| 3. SECURITY DEPOSITS | $ 13,751.65 | $ 12,460.54 | $ 12,460.54 | $ 12,460.54 | $ 12,460.54 | $ 12,460.54 | $ 12,460.54 | $ 12,460.54 | $ 12,460.54 |
| 4. HOUSEHOLD GOODS | | | | | | | | | |
| 5. BOOKS, PICTURES, ART | | | | | | | | | |
| 6. WEARING APPAREL | | | | | | | | | |
| 7. FURS AND JEWELRY | | | | | | | | | |
| 8. FIREARMS & SPORTS EQUIPMENT | | | | | | | | | |
| 9. INSURANCE POLICIES | | | | | | | | | |
| 10. ANNUITIES | | | | | | | | | |
| 11. EDUCATION | | | | | | | | | |
| 12. RETIREMENT & PROFIT SHARING | | | | | | | | | |
| 13. STOCKS | | | | | | | | | |
| 14. PARTNERSHIPS & JOINT VENTURES | | | | | | | | | |
| 15. GOVERNMENT & CORPORATE BONDS | | | | | | | | | |
| 16. ACCOUNTS RECEIVABLE | $252,655.60 | $ 913,452.57 | $ 943,372.97 | $ 989,416.29 | $ 957,346.39 | $ 272,724.50 | $ 297,027.13 | $ 269,892.06 | $ 264,949.22 |
| 17. ALIMONY | | | | | | | | | |
| 18. OTHER LIQUIDATED DEBTS | | | | | | | | | |
| 19. EQUITABLE INTERESTS | | | | | | | | | |
| 20. CONTINGENT INTERESTS | | | | | | | | | |
| 21. OTHER CLAIMS | | | | | | | | | |
| 22. PATENTS & COPYRIGHTS | | | | | | | | | |
| 23. LICENSES & FRANCHISES | | | | | | | | | |
| 24. CUSTOMER LISTS | | | | | | | | | |
| 25. AUTOS, TRUCKS & OTHER VEHICLES | | | | | | | | | |
| 26. BOATS & MOTORS | | | | | | | | | |
| 27. AIRCRAFT | | | | | | | | | |
| 28. OFFICE EQUIPMENT | | | | | | | | | |
| 29. MACHINERY, FIXTURES & EQUIPMENT | | | | | | | | | |
| 30. INVENTORY | | | | | | | | | |
| 31. ANIMALS | | | | | | | | | |
| 32. CROPS | | | | | | | | | |
| 33. FARMING EQUIPMENT | | | | | | | | | |
| 34. FARM SUPPLIES | | | | | | | | | |
| 35. OTHER (ATTACH LIST) | | | | | | | | | |
| 36. TOTAL PERSONAL PROPERTY ASSETS | $900,355.45 | $ 1,573,259.56 | $ 1,592,908.65 | $ 1,655,964.59 | $ 1,632,415.06 | $ 947,440.01 | $ 974,700.69 | $ 937,600.03 | $ 921,837.29 |
| 37. TOTAL ASSETS | $900,355.45 | $ 1,573,259.56 | $ 1,592,908.65 | $ 1,655,964.59 | $ 1,632,415.06 | $ 947,440.01 | $ 974,700.69 | $ 937,600.03 | $ 921,837.29 |

**Monthly Operating Report**
**CASH BASIS-4**

| CASE NAME: | Cross Border Resources, Inc. |
|---|---|
| | |
| CASE NUMBER: | 16-30990 |

MONTH: _____ August _____

**LIABILITIES OF THE ESTATE**

| PREPETITION LIABILITIES | SCHEDULE AMOUNT | PAYMENTS |
|---|---|---|
| 1. SECURED | $            - | $            - |
| 2. PRIORITY | $      20,430.11 | |
| 3. UNSECURED | $    430,899.77 | |
| 4. OTHER (ATTACH LIST) | | |
| 5. TOTAL PREPETITION LIABILITIES | $    451,329.88 | $            - |

| POSTPETITION LIABILITIES | DATE INCURRED | AMOUNT OWED | DUE DATE | AMOUNT PAST DUE |
|---|---|---|---|---|
| 1. FEDERAL INCOME TAXES | | | | |
| 2. FICA/MEDICARE | | | | |
| 3. STATE TAXES | | | | |
| 4. REAL ESTATE TAXES | | | | |
| 5. OTHER TAXES (ATTACH LIST) | | | | |
| 6. TOTAL TAXES | | $            - | | $            - |
| OTHER POSTPETITION LIABILITIES INCLUDING TRADE CREDITORS (LIST NAMES OF CREDITORS) | | | | |
| 7. Black Rock Capital, Inc. | | $   1,872,336.62 | | |
| 8. RMR Operating | | $      57,959.07 | | |
| 9. Red Mountain Resources | | $            - | | |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |
| 15 | | | | |
| 16 | | | | |
| 17 | | | | |
| 18 | | | | |
| 19 | | | | |
| 20 | | | | |
| 21 | | | | |
| 22. | | | | |
| 23. | | | | |
| 24. | | | | |
| 25. | | | | |
| 26. | | | | |
| 27. | | | | |
| 28. | | | | |
| 29. (IF ADDITIONAL ATTACH LIST) | | | | |
| 30. TOTAL OF LINES 7 - 29 | | $   1,930,295.69 | | $            - |
| 31. TOTAL POSTPETITION LIABILITIES | | $   1,930,295.69 | | $            - |

## Monthly Operating Report
### CASH BASIS-4A

| CASE NAME: | Cross Border Resources, Inc |
|---|---|
| CASE NUMBER: | 16-30990 |

MONTH: _August_

| ACCOUNTS RECEIVABLE AGING | SCHEDULE AMOUNT | MONTH January | MONTH February | MONTH March | MONTH April | MONTH May | MONTH June | MONTH July | MONTH August |
|---|---|---|---|---|---|---|---|---|---|
| 1  0 - 30 | $ 215,503.43 | $ 8,185.34 | $ 42,786.73 | $ 66,488.97 | $ 11,594.79 | $ 35,183.50 | $ 35,024.69 | $ 10,958.84 | $ 9,503.40 |
| 2  31 - 60 | | $ 38,810.46 | $ 8,287.88 | $ 41,991.33 | $ 62,817.13 | $ 10,989.72 | $ 33,886.61 | $ 24,756.58 | $ 6,893.07 |
| 3  61 - 90 | | $ 35,623.29 | $ 38,498.41 | $ 8,287.88 | $ 34,932.64 | $ 9,584.15 | $ 4,954.94 | $ 9,503.16 | $ 17,611.76 |
| 4  91 + | $ 37,152.17 | $830,833.48 | $853,799.95 | $872,648.11 | $848,001.83 | $216,967.13 | $223,160.89 | $224,673.48 | $230,940.99 |
| 5  TOTAL ACCOUNTS RECEIVABLE | $ 252,655.60 | $913,452.57 | $943,372.97 | $989,416.29 | $957,346.39 | $272,724.50 | $297,027.13 | $269,892.06 | $264,949.22 |
| 6  AMOUNT CONSIDERED UNCOLLECTIBLE | | | | | | | | | |
| 7  ACCOUNTS RECEIVABLE (NET) | $ 252,655.60 | $913,452.57 | $943,372.97 | $989,416.29 | $957,346.39 | $272,724.50 | $297,027.13 | $269,892.06 | $264,949.22 |

| AGING OF POSTPETITION TAXES AND PAYABLES | 0 - 30 DAYS | Total | Total | Total | Total | Total | Total | Total | Total |
|---|---|---|---|---|---|---|---|---|---|
| TAXES PAYABLE | | | | | | | | | |
| 1.  FEDERAL | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| 2.  STATE | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| 3.  LOCAL | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| 4.  OTHER (ATTACH LIST) | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| 5.  TOTAL TAXES PAYABLE | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | | | | | | | | | |
| 6.  ACCOUNTS PAYABLE | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |

| STATUS OF POSTPETITION TAXES | BEGINNING TAX LIABILITY | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| FEDERAL | | | | | | | | | |
| 1.  WITHHOLDING | | | | | | | | | |
| 2.  FICA-EMPLOYEE | | | | | | | | | |
| 3.  FICA-EMPLOYER | | | | | | | | | |
| 4.  UNEMPLOYMENT | | | | | | | | | |
| 5.  INCOME | | | | | | | | | |
| 6.  OTHER (ATTACH LIST) | | | | | | | | | |
| 7.  TOTAL FEDERAL TAXES | $ - | | | | | | | | |
| STATE AND LOCAL | | | | | | | | | |
| 8.  WITHHOLDING | | | | | | | | | |
| 9.  SALES | | | | | | | | | |
| 10  EXCISE | | | | | | | | | |
| 11.  UNEMPLOYMENT | | | | | | | | | |
| 12.  REAL PROPERTY | | | | | | | | | |
| 13.  PERSONAL PROPERTY | | | | | | | | | |
| 14.  OTHER (ATTACH LIST) | | | | | | | | | |
| 15.  TOTAL STATE & LOCAL | $ - | | | | | | | | |
| 16.  TOTAL TAXES | $ - | | | | | | | | |

**Monthly Operating Report**

**CASH BASIS-5**

| CASE NAME: | Cross Border Resources, Inc. |
|---|---|

| CASE NUMBER: | 16-30990 |
|---|---|

MONTH:  August

**PAYMENTS TO INSIDERS AND PROFESSIONALS**

| INSIDERS | | | |
|---|---|---|---|
| NAME | TYPE OF PAYMENT | AMOUNT PAID | TTL PD TO DATE |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| TOTAL PAYMENTS TO INSIDERS | | $      - | $      - |

| PROFESSIONALS | | | | | |
|---|---|---|---|---|---|
| NAME | DATE OF COURT ORDER AUTHORIZING PAYMENT | AMOUNT APPROVED | AMOUNT PAID | TTL PAID TO DATE | TOTAL INCURRED & UNPAID |
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |
| TOTAL PAYMENTS TO PROFESSIONALS | | $      - | $      - | $      - | $      - |

**POSTPETITION STATUS OF SECURED NOTES, LEASES PAYABLE AND ADEQUATE PROTECTION PAYMENTS**

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENTS DUE | AMOUNTS PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. TOTAL | $      - | $      - | $      - |

**Monthly Operating Report**
CASH BASIS-6

**2018**

| CASE NAME: | Cross Border Resources, Inc. |
| CASE NUMBER: | 16-30990 |

MONTH: _____ August _____

### QUESTIONNAIRE

| | YES | NO |
|---|---|---|
| 1. HAVE ANY ASSETS BEEN SOLD OR TRANSFERRED OUTSIDE THE NORMAL COURSE OF BUSINESS THIS REPORTING PERIOD? | | X |
| 2. HAVE ANY FUNDS BEEN DISBURSED FROM ANY ACCOUNT OTHER THAN A DEBTOR IN POSSESSION ACCOUNT? | | X |
| 3. ARE ANY POSTPETITION RECEIVABLES (ACCOUNTS, NOTES OR LOANS) DUE FROM RELATED PARTIES? | | X |
| 4. HAVE ANY PAYMENTS BEEN MADE ON PREPETITION LIABILITIES THIS REPORTING PERIOD? | | X |
| 5. HAVE ANY POSTPETITION LOANS BEEN RECEIVED BY THE DEBTOR FROM ANY PARTY? | | X |
| 6. ARE ANY POSTPETITION PAYROLL TAXES PAST DUE? | | X |
| 7. ARE ANY POSTPETITION STATE OR FEDERAL INCOME TAXES PAST DUE? | | X |
| 8. ARE ANY POSTPETITION REAL ESTATE TAXES PAST DUE? | | X |
| 9. ARE ANY OTHER POSTPETITION TAXES PAST DUE? | | X |
| 10. ARE ANY AMOUNTS OWED TO POSTPETITION CREDITORS DELINQUENT? | | X |
| 11. HAVE ANY PREPETITION TAXES BEEN PAID DURING THE REPORTING PERIOD? | | X |
| 12. ARE ANY WAGE PAYMENTS PAST DUE? | | X |

IF THE ANSWER TO ANY OF THE ABOVE QUESTIONS IS "YES", PROVIDE A DETAILED EXPLANATION OF EACH ITEM. ATTACH ADDITIONAL SHEETS IF NECESSARY.

_____
_____
_____

### INSURANCE

| | YES | NO |
|---|---|---|
| 1. ARE WORKER'S COMPENSATION, GENERAL LIABILITY AND OTHER NECESSARY INSURANCE COVERAGES IN EFFECT? | X | |
| 2. ARE ALL PREMIUM PAYMENTS PAID CURRENT? | X | |
| 3. PLEASE ITEMIZE POLICIES BELOW | | |

IF THE ANSWER TO ANY OF THE ABOVE QUESTIONS IS "NO" OR IF ANY POLICIES HAVE BEEN CANCELED OR NOT RENEWED DURING THIS REPORTING PERIOD, PROVIDE AN EXPLANATION BELOW. ATTACH ADDITIONAL SHEETS IF NECESSARY.

_____
_____
_____

### INSTALLMENT PAYMENTS

| TYPE OF POLICY | CARRIER | PERIOD COVERED | | PAYMENT AMOUNT & FREQUENCY |
|---|---|---|---|---|
| GL AUTO PROP UMB | St Paul Fire and Marine | 08/01/18 | - 08/01/19 | Paid in full |
| Worker's Compensation , Emp | Travelers Casualty & Su | 08/01/18 | - 08/01/19 | Paid in full |
| | | | | |
| | | | | |
| | | | | |

**Monthly Operating Report**

| CASE NAME: | Cross Border Resources, Inc. GROSS REVEN |
|---|---|
| CASE NUMBER: | 16-30990 |

| BANK RECONCILIATIONS | Acct #1 | Acct #2 | Acct #3 | |
|---|---|---|---|---|
| A. BANK: | | | Bank of Texas | |
| B. ACCOUNT NUMBER: | | | 1356 | TOTAL |
| C. PURPOSE (TYPE): | | | DP - Revenue Account | |
| 1. BALANCE PER BANK STATEMENT | | $      - | $  78,966.64 | $      78,966.64 |
| 2. ADD: TOTAL DEPOSITS NOT CREDITED | | | $      - | $      - |
| 3. SUBTRACT: OUTSTANDING CHECKS | | $      - | $  2,217.03 | $      2,217.03 |
| 4. OTHER RECONCILING ITEMS | | | | $      - |
| 5. MONTH END BALANCE PER BOOKS | $      - | $      - | $  76,749.61 | $      76,749.61 |
| 6. NUMBER OF LAST CHECK WRITTEN | | | | |

| INVESTMENT ACCOUNTS | DATE OF PURCHASE | TYPE OF INSTRUMENT | PURCHASE PRICE | CURRENT VALUE |
|---|---|---|---|---|
| BANK, ACCOUNT NAME & NUMBER | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. TOTAL INVESTMENTS | | | $      - | $      - |

| CASH | | |
|---|---|---|
| 12. CURRENCY ON HAND | $ | - |

| 13. TOTAL CASH - END OF MONTH | $ | 76,749.61 |

7281

 **Independent Bank**

3090 Craig Drive
PO Box 3035
McKinney TX 75070

| ACCOUNT NUMBER | xxxxx6077 |
|---|---|
| STATEMENT DATE | 8/31/18 |
| PAGE | 1 of 2 |

RED MOUNTAIN RESOURCES INC
FBO BLACK SHALE MINERALS LLC
PLEDGED ACCOUNT
14282 GILLIS RD
FARMERS BRANCH TX 75244



## ESTABLISH A SENSIBLE AND REWARDING SAVINGS STRATEGY. OUR COMPETITIVE RATES CAN GET YOU STARTED.

CONTACT ONE OF OUR RELATIONSHIP EXPERTS TODAY OR CALL CUSTOMER CARE AT 800.460.6634.

f 🐦 in | ibtx.com

### FREE SMALL BUSINESS CHECKING

| | | | |
|---|---|---|---|
| Account Number Ending | 6077 | Statement Dates | 8/01/18 thru 9/03/18 |
| Previous Stmt Balance | 400,000.00 | Days in the statement period | 34 |
| Deposits/Credits | .00 | Average Ledger | 400,000.00 |
| Checks/Debits | .00 | Average Collected | 400,000.00 |
| Service Charge | .00 | | |
| Interest Paid | .00 | | |
| Current Stmt Balance | 400,000.00 | | |

### DAILY BALANCE SUMMARY

| Date | Balance |
|---|---|
| 8/01 | 400,000.00 |

Integ REV 050718

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION
Customer Care 800.460.6634 | ibtx.com | Member FDIC ☖ Equal Housing Lender

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

If you need more information about an electronic transfer appearing on this statement, or if you think your statement or receipt is wrong, please telephone or write us as soon as possible at the phone number or address designated on the front of this statement. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number.

(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (5 business days for Debit Card point of sale transaction) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

If you would like to confirm that an automatic deposit to your account has been made as scheduled, you may call us during normal business hours at the phone number designated on the front of this statement.

---

Reconciliation of Account

Date _____

| CHECKS/TRANSACTIONS NOT PAID | |
|---|---|
| Check #/ACH/Debit Card | AMOUNT |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Please examine this statement and items at once and report any exceptions immediately.

Sort your checks numerically or by date issued.

Mark off in your checkbook each of your transactions paid by the bank and list the descriptions and amounts of those not paid in the space provided at the left. Include any transactions still not paid from previous statements.

Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge(s) appearing on this statement.

Reconcile your statement in the space provided below.

| | | | |
|---|---|---|---|
| | Enter bank balance from statement | | |
| | Add deposits not credited by bank (if any) | | |
| | TOTAL | | |
| Total of Transactions not paid | Subtract total of Transactions not paid | | |

**THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE**

# ◈ BANK OF TEXAS

A division of BOKF, NA
P.O. Box 29775
Dallas, TX 75229-0775
Member FDIC

**PRIMARY ACCOUNT**
█████56

Statement Period:
08-01-18 to 08-31-18

Direct Inquiries To:
Comm'l Client Svcs
866-407-4147

0001318 T09252090011812055100 00000 04 100000000 00134576 004 TEXRG4

CROSS BORDER RESOURCES INC BANKRUPTCY
DEBTOR IN POSSESSION CASE 16-30990-11
JNTLY ADMINISTERED CASE #16-30988-BJH-11
US BANKRUPTCY COURT N TX-REVENUE ACCOUNT
14282 GILLIS ROAD
FARMERS BRANCH TX  75244

**www.bankoftexas.com**

29 Images Provided Page 1 of 7

## BANKRUPTCY CHECKING                    ACCOUNT: █████56 



Statement Period from 08-01-18 through 08-31-18

| | | |
|---|---|---:|
| $ | Starting Balance | 76,875.29 |
| + | 1  Deposits | 31,286.98 |
| - | 32  Checks & Withdrawals | 29,195.63 |
| - | Service Fees | .00 |
| = | Ending Balance | 78,966.64 |

✚ **DEPOSITS** 

| Date | | | | Amount |
|---|---|---|---|---:|
| 08-17 | PHILLIPS 66 CO | PAYMENTS | 90005298 | 31,286.98 |
| | ISA*00* | *00* | *ZZ*PSXPRODMU | |

━━ **WITHDRAWALS**

| Date | | | Amount |
|---|---|---|---:|
| 08-02 | TAX_REV_OGT_ECKS | TRD PMNT  *****21248 | 23.79 |
| 08-02 | TAX_REV_OGT_ECKS | TRD PMNT  *****5600 | 18.36 |
| 08-20 | TRANSFER TO CHECKING █████67 | | 2,045.81 |



**FOR ACCOUNT BALANCING PROCEDURES, IMPORTANT INFORMATION AND ADDRESS CHANGES SEE REVERSE SIDE**


# BANK OF TEXAS

A division of BOKF, NA
P.O. Box 29775
Dallas, TX 75229-0775

Member FDIC

**Change of Address** - It is the responsibility of the account holder to notify us promptly of any change
in mailing address to avoid delays in delivery. Please call the number listed on
the front of your statement or visit a banking center to change your address.

Page 2

**Balancing Your Account:**

Before you start, please be sure to enter in your account register any interest earned, automatic transactions or bank charges
including those in this statement.

A. Enter deposits not shown on this
statement.

B. Enter all checks, withdrawals and
bank charges not shown on this or any
prior statement.

C. Follow instructions below to compare
transactions recorded on your statement
with those in your account register.

| Date of Deposit | Amount |
|---|---|
| | |

| Outstanding Item | Amount |
|---|---|
| | |

*New Balance*
**Shown on other side**

**Plus (+)**
**Total A**

**Equals (=)**

**Minus (-)**
**Total B**

**Total A**      **Total B**      **Equals (=)**
**Your current register balance**

## *Electronic Transfer Rights Summary*

*In Case of Errors or Questions About Your Electronic Transfers
Please Follow These Instructions*

If you need more information on a transfer on your statement or receipt, or if you think your statement or receipt is incorrect, you need to contact us no
later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Telephone us at the number listed on the front of your
statement after the words "Direct Inquiries To" or write us at:

*Bank of Texas N A
Attn: Customer Service
P.O. Box 29775
Dallas, TX 75229-0775*

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.
We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however,
we may take up to 45 days (90 days for point-of-sale or foreign-initiated transactions) to investigate your complaint or question. If we decide to do this, we will
credit your account within 10 business days for the amount you think is in error, so you will have the money during the time it takes us to complete our investigation.

# BANK OF TEXAS

A division of BOKF, NA
P.O. Box 29775
Dallas, TX 75229-0775
Member FDIC

**PRIMARY ACCOUNT**
856

Statement Period:
08-01-18 to 08-31-18

CROSS BORDER RESOURCES INC BANKRUPTCY
DEBTOR IN POSSESSION CASE 16-30990-11
JNTLY ADMINISTERED CASE #16-30988-BJH-11
US BANKRUPTCY COURT N TX-REVENUE ACCOUNT
14282 GILLIS ROAD
FARMERS BRANCH TX  75244

Direct Inquiries To:
Comm'l Client Svcs
866-407-4147

**www.bankoftexas.com**

29 Images Provided Page 3 of 7

---

CHECKS          (* Indicates a break in check number sequence)
                (RTND Indicates a RETURNED CHECK)

| Date | Number | Amount | Date | Number | Amount |
|------|--------|--------|------|--------|--------|
| 08-06 | 2213 | 35.13 | 08-28 | *2307 | 33.96 |
| 08-07 | *2242 | 44.72 | 08-28 | *2309 | 614.49 |
| 08-01 | *2258 | 172.19 | 08-24 | 2310 | 1,759.23 |
| 08-01 | *2265 | 30.52 | 08-24 | 2311 | 446.36 |
| 08-02 | *2268 | 212.26 | 08-28 | 2312 | 275.36 |
| 08-10 | *2282 | 64.21 | 08-31 | 2313 | 949.57 |
| 08-08 | *2286 | 28.17 | 08-27 | 2314 | 613.61 |
| 08-07 | 2287 | 357.82 | 08-24 | 2315 | 186.68 |
| 08-06 | *2289 | 36.80 | 08-28 | *2317 | 89.67 |
| 08-06 | *2294 | 178.63 | 08-27 | 2318 | 60.83 |
| 08-01 | *2296 | 408.45 | 08-27 | 2319 | 316.51 |
| 08-02 | *2298 | 189.42 | 08-24 | *2321 | 316.51 |
| 08-01 | 2299 | 29.02 | 08-29 | 2322 | 204.96 |
| 08-24 | *2304 | 204.96 | 08-20 | *2324 | 19,218.15 |
| 08-31 | 2305 | 29.48 | | | |

---

DAILY ACCOUNT BALANCE

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 07-31 | 76,875.29 | 08-08 | 75,110.01 | 08-27 | 81,164.13 |
| 08-01 | 76,235.11 | 08-10 | 75,045.80 | 08-28 | 80,150.65 |
| 08-02 | 75,791.28 | 08-17 | 106,332.78 | 08-29 | 79,945.69 |
| 08-06 | 75,540.72 | 08-20 | 85,068.82 | 08-31 | 78,966.64 |
| 08-07 | 75,138.18 | 08-24 | 82,155.08 | | | |

# ◎ BANK OF TEXAS

A division of BOKF, NA
P.O. Box 29775
Dallas, TX 75229-0775
Member FDIC

PRIMARY ACCOUNT
■808580■356

Statement Period:
08-01-18 to 08-31-18

Direct Inquiries To:
Comm'l Client Svcs
866-407-4147

**www.bankoftexas.com**

CROSS BORDER RESOURCES INC BANKRUPTCY
DEBTOR IN POSSESSION CASE 16-30990-11
JNTLY ADMINISTERED CASE #16-30988-BJH-11
US BANKRUPTCY COURT N TX-REVENUE ACCOUNT
14282 GILLIS ROAD
FARMERS BRANCH TX  75244

29 Images Provided Page 4 of 7

---

## SERVICE FEE BALANCE INFORMATION

| | | | |
|---|---|---|---|
| AVG LEDGER BALANCE | 81,017.14 | AVG COLLECTED BAL | 81,017.14 |
| MINIMUM LEDGER BAL | 75,045.80 | | |



# BANK OF TEXAS

A division of BOKF, NA
P.O. Box 29775
Dallas, TX 75229-0775

Member FDIC

**PRIMARY ACCOUNT**
████████356

**Statement Period:**
08-01-18 to 08-31-18

**Direct Inquiries To:**
Comm'l Client Svcs
866-407-4147

CROSS BORDER RESOURCES INC BANKRUPTCY
DEBTOR IN POSSESSION CASE 16-30990-11

Page 5 of 7

---

BANKRUPTCY CHECKING - ████356



| 2213 | $35.13 | 2242 | $44.72 |
| 2258 | $172.19 | 2265 | $30.52 |
| 2268 | $212.26 | 2282 | $64.21 |
| 2286 | $28.17 | 2287 | $357.82 |
| 2289 | $36.80 | 2294 | $178.63 |

 **BANK OF TEXAS**

A division of BOKF, NA
P.O. Box 29775
Dallas, TX 75229-0775

Member FDIC

 PRIMARY ACCOUNT
⬛⬛⬛⬛⬛56

**Statement Period:**
08-01-18 to 08-31-18

**Direct Inquiries To:**
Comm'l Client Svcs
866-407-4147

CROSS BORDER RESOURCES INC BANKRUPTCY
DEBTOR IN POSSESSION CASE 16-30990-11

Page 6 of 7



2296    $408.45



2298    $189.42



2299    $29.02



2304    $204.96



2305    $29.48



2307    $33.96



2309    $614.49



2310    $1,759.23



2311    $446.36



2312    $275.36

00001318-0049716-0006-0007-T0925209011812055100-04-L

 **BANK OF TEXAS**

A division of BOKF, NA
P.O. Box 29775
Dallas, TX 75229-0775

Member FDIC

Statement Period:
08-01-18 to 08-31-18

Direct Inquiries To:
Comm'l Client Svcs
866-407-4147

CROSS BORDER RESOURCES INC BANKRUPTCY
DEBTOR IN POSSESSION CASE 16-30990-11

Page 7 of 7



2313  $949.57



2314  $613.61



2315  $186.68



2317  $89.67



2318  $60.83



2319  $316.51



2321  $316.51



2322  $204.96



2324  $19,218.15



# ◈ BANK OF TEXAS

A division of BOKF, NA
P.O. Box 29775
Dallas, TX 75229-0775
Member FDIC

**PRIMARY ACCOUNT**
~~8095801~~367

Statement Period:
08-01-18 to 08-31-18

Direct Inquiries To:
Comm'l Client Svcs
866-407-4147

**www.bankoftexas.com**

0006414 T092520901812055100 00000 03 100000000 00133249 003 TEXRG3

CROSS BORDER RESOURCES INC BANKRUPTCY
DEBTOR IN POSSESSION CASE #16-30990-11
JNTLY ADMINISTERED CASE #16-30988-BJH-11
US BANKRUPTCY COURT N TX-GEN OP ACCT
14282 GILLIS ROAD
FARMERS BRANCH TX  75244

17 Images Provided Page 1 of 5

## BANKRUPTCY CHECKING

ACCOUNT: ~~~~1367



Statement Period from 08-01-18 through 08-31-18

| | | |
|---|---|---|
| $ | Starting Balance | 47,998.55 |
| + | 6  Deposits | 106,123.19 |
| - | 13  Checks & Withdrawals | 88,340.41 |
| - | Service Fees | .00 |
| = | Ending Balance | 65,781.33 |

## ＋ DEPOSITS

| Date | | Amount |
|---|---|---|
| 08-02 | RCC DEPOSIT | 1,497.72 |
| 08-08 | RCC DEPOSIT | 46,237.41 |
| 08-20 | TRANSFER FROM CHECKING 56 | 2,045.81 |
| 08-20 | RCC DEPOSIT | 33,550.41 |
| 08-20 | RCC DEPOSIT | 19,218.15 |
| 08-28 | RCC DEPOSIT | 3,573.69 |

## ▬ WITHDRAWALS

| Date | | | Amount |
|---|---|---|---|
| 08-10 | XCEL ENERGY-SPS | XCELENERGY *****15667 | 89.62 |



**FOR ACCOUNT BALANCING PROCEDURES, IMPORTANT INFORMATION AND ADDRESS CHANGES SEE REVERSE SIDE**

014 000000095801367 000000003947857 08312018 0025          00006414-0044974-0001-0005-T092520901812055100-03-L



# BANK OF TEXAS

A division of BOKF, NA
P.O. Box 29775
Dallas, TX 75229-0775

Member FDIC

**Change of Address** - It is the responsibility of the account holder to notify us promptly of any change in mailing address to avoid delays in delivery. Please call the number listed on the front of your statement or visit a banking center to change your address.

Page 2

**Balancing Your Account:**

Before you start, please be sure to enter in your account register any interest earned, automatic transactions or bank charges including those in this statement.

| A. Enter deposits not shown on this statement. | B. Enter all checks, withdrawals and bank charges not shown on this or any prior statement. | C. Follow instructions below to compare transactions recorded on your statement with those in your account register. |
|---|---|---|

| Date of Deposit | Amount | Outstanding Item | Amount | |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | *New Balance* **Shown on other side** |
| | | | | |
| | | | | |
| | | | | **Plus (+)** **Total A** |
| | | | | |
| | | | | |
| | | | | **Equals (=)** |
| | | | | |
| | | | | **Minus (-)** **Total B** |
| | | | | |
| | | | | |
| **Total A** | | **Total B** | | **Equals (=)** **Your current register balance** |

## *Electronic Transfer Rights Summary*

*In Case of Errors or Questions About Your Electronic Transfers*
*Please Follow These Instructions*

If you need more information on a transfer on your statement or receipt, or if you think your statement or receipt is incorrect, you need to contact us no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Telephone us at the number listed on the front of your statement after the words "Direct Inquiries To" or write us at:

*Bank of Texas N A*
*Attn: Customer Service*
*P.O. Box 29775*
*Dallas, TX 75229-0775*

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.
We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days for point-of-sale or foreign-initiated transactions) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so you will have the money during the time it takes us to complete our investigation.

# ◈ BANK OF TEXAS

A division of BOKF, NA
P.O. Box 29775
Dallas, TX 75229-0775
Member FDIC

PRIMARY ACCOUNT 67

Statement Period:
08-01-18 to 08-31-18

CROSS BORDER RESOURCES INC BANKRUPTCY
DEBTOR IN POSSESSION CASE #16-30990-11
JNTLY ADMINISTERED CASE #16-30988-BJH-11
US BANKRUPTCY COURT N TX-GEN OP ACCT
14282 GILLIS ROAD
FARMERS BRANCH TX 75244

Direct Inquiries To:
Comm'l Client Svcs
866-407-4147

**www.bankoftexas.com**

17 Images Provided Page 3 of 5

---

## ✓ CHECKS     (* Indicates a break in check number sequence)
        (RTND Indicates a RETURNED CHECK)

| Date | Number | Amount | Date | Number | Amount |
|------|--------|--------|------|--------|--------|
| 08-03 | 1819 | 12,308.96 | 08-17 | 1826 | 2,409.54 |
| 08-07 | *1821 | 4,037.38 | 08-20 | 1827 | 2,708.88 |
| 08-15 | 1822 | 29,047.98 | 08-24 | 1828 | 3,477.11 |
| 08-17 | 1823 | 1,805.13 | 08-27 | 1829 | 26,576.00 |
| 08-09 | 1824 | 1,137.32 | 08-30 | 1830 | 72.82 |
| 08-17 | 1825 | 2,713.20 | 08-29 | 1831 | 1,956.47 |

---

## ⚖ DAILY ACCOUNT BALANCE

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 07-31 | 47,998.55 | 08-09 | 78,250.02 | 08-24 | 90,812.93 |
| 08-02 | 49,496.27 | 08-10 | 78,160.40 | 08-27 | 64,236.93 |
| 08-03 | 37,187.31 | 08-15 | 49,112.42 | 08-28 | 67,810.62 |
| 08-07 | 33,149.93 | 08-17 | 42,184.55 | 08-29 | 65,854.15 |
| 08-08 | 79,387.34 | 08-20 | 94,290.04 | 08-30 | 65,781.33 |

### SERVICE FEE BALANCE INFORMATION

| AVG LEDGER BALANCE | 65,537.90 | AVG COLLECTED BAL | 62,704.82 |
|--------------------|-----------|-------------------|-----------|
| MINIMUM LEDGER BAL | 33,149.93 | | |



# BANK OF TEXAS

A division of BOKF, NA
P.O. Box 29775
Dallas, TX 75229-0775

Member FDIC

**PRIMARY ACCOUNT**

**Statement Period:**
08-01-18 to 08-31-18

**Direct Inquiries To:**
Comm'l Client Svcs
866-407-4147

CROSS BORDER RESOURCES INC BANKRUPTCY
DEBTOR IN POSSESSION CASE #16-30990-11

Page 4 of 5

---

BANKRUPTCY CHECKING -



| | |
|---|---|
| $1,497.72 | $46,237.41 |
| $33,550.41 | $19,218.15 |
| $3,573.69 | 1819 $12,308.96 |
| 1821 $4,037.38 | 1822 $29,047.98 |
| 1823 $1,805.13 | 1824 $1,137.32 |

# BANK OF TEXAS

A division of BOKF, NA
P.O. Box 29775
Dallas, TX 75229-0775

Member FDIC

Statement Period:
08-01-18 to 08-31-18

Direct Inquiries To:
Comm'l Client Svcs
866-407-4147

CROSS BORDER RESOURCES INC BANKRUPTCY
DEBTOR IN POSSESSION CASE #16-30990-11

Page 5 of 5





| 1825 | $2,713.20 | 1826 | $2,409.54 |



| 1827 | $2,708.88 | 1828 | $3,477.11 |



| 1829 | $26,576.00 | 1830 | $72.82 |

| 1831 | $1,956.47 |

